Maxfield Alton Sussman
114 Sunset Trail
Cotopaxi, CO 81223
706-897-5899
maxs1983184@gmail.com

Dated this 12th day of May, 2026.

Clerk of the Court
U.S. District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver, CO 80294-3589

**Re:Filing of New Civil Action — Sussman v. Miller, et al.**
Civil Rights Action under 42 U.S.C. § 1983 and C.R.S. § 13-21-131

Dear Clerk of the Court:

Enclosed for filing in the above-referenced new civil action are the following documents and items:

1.**Complaint** (original, signed, 80 pages);

2.**Conformed copy of page 1 of the Complaint** (paper-clipped to the original), for return to Plaintiff in the enclosed self-addressed stamped envelope with the Clerk's date-stamp;

3.**Civil Cover Sheet (Form JS-44)**, completed and signed;

4.**Three (3) Summonses (Form AO-440)**, one each for Defendants Joshua T. Miller, Uriah Cain Speight, and Jeremy Miller, in their individual capacities, with Clerk-signature and Court-seal fields left blank for the Clerk's completion;

5.**Plaintiff's Motion to Restrict Public Access to Plaintiff's Residential Address** pursuant to D.C.COLO.LCivR 7.2, filed contemporaneously with the Complaint;

6.      Exhibits A through F to the Motion to Restrict — proposed redacted versions of page 80 of the Complaint (Exhibit A), Civil Cover Sheet (Exhibit B), the three Summonses (Exhibits C, D, and E), and the signature page of the Motion to Restrict (Exhibit F), with Plaintiff's residential address redacted but all other content preserved;

7.**Cashier's check in the amount of $405.00**, payable to "Clerk, U.S. District Court," for the civil filing fee pursuant to 28 U.S.C. § 1914 and the District Court Miscellaneous Fee Schedule; and

8.**Self-addressed stamped envelope (SASE)** for the Clerk's return of the date-stamped conformed copy of page 1 of the Complaint.

Plaintiff respectfully requests that the Clerk's Office, to the extent consistent with the Clerk's authority and ordinary practice, apply provisional Restricted Access Level 1 to the Complaint, the Civil Cover Sheet, and the three Summonses pending the assigned judge's ruling on Plaintiff's contemporaneously filed Motion to Restrict Public Access, as more fully set forth in Section VIII of the Motion. The basis for this request is that monitoring of new federal civil filings by docket-aggregation services occurs within minutes to hours of case opening on CM/ECF, and absent provisional restriction Plaintiff's residential address may be replicated across third-party databases before the assigned judge has an opportunity to rule on the Motion. Plaintiff understands that any provisional restriction is at the discretion of the Court and that the assigned judge will determine the final scope of restriction by Order.

Plaintiff has additionally initiated contact with the Colorado Address Confidentiality Program on this date to verify Plaintiff's prior ACP participation status; if ACP confirms active participation and provides Plaintiff's substitute address, Plaintiff will promptly file a Notice of Change of Address and may supplement the contemporaneously filed Motion to Restrict to reflect Plaintiff's ACP participation.

Plaintiff respectfully requests that the conformed copy of page 1 of the Complaint be date-stamped upon receipt and returned in the enclosed self-addressed stamped envelope at the Clerk's earliest convenience.

If the Clerk's Office has any questions regarding this filing, Plaintiff may be reached at the telephone number and email address listed above.

Thank you for your attention to this matter.

Respectfully submitted,

Maxfield Alton Sussman
Plaintiff Pro Se

**Enclosures (8):**
      1. Complaint (original, signed, 80 pages)
   2. Conformed copy of Complaint page 1

3. Civil Cover Sheet (JS-44)
4. Three (3) Summonses (AO-440)
5. Motion to Restrict Public Access (D.C.COLO.LCivR 7.2)
6. Exhibits A–F to Motion to Restrict (redacted documents)
7. Cashier's check, $405.00
8. Self-addressed stamped envelope