*AO 440 (Rev. 06/12) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
## for the
## District of Colorado

| | |
|---|---|
| Maxfield Alton Sussman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Deputy Joshua T. Miller, in his individual capacity;<br>Sergeant Uriah Cain Speight, in his individual capacity; and<br>Deputy Jeremy Miller, in his individual capacity,<br><br>　　　　Defendants. | )<br>)<br>)　Civil Action No.<br>)<br>)　_____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

*To: (Defendant's name and address)*

> Deputy Joshua T. Miller
> 1047 Western Drive
> Colorado Springs, CO 80915

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Maxfield Alton Sussman, pro se
> 114 Sunset Trail
> Cotopaxi, CO 81223
> 706-897-5899
> maxs1983184@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____    _____
　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
    Deputy Joshua T. Miller _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____

    on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____
_____ ,

    a person of suitable age and discretion who resides there,
    on *(date)* _____ , and mailed a copy to the individual's last known
address; or

☐ I served the summons on *(name of individual)*

_____ ,
    who is designated by law to accept service of process on behalf of *(name of organization)*

_____
_____

    on *(date)* _____ ; or

☐ I returned the summons unexecuted because

_____ ; or

☐ Other *(specify):*

_____

_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: 

_____        _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____

                                                    _____
                                                    *Server's address*

*AO 440 (Rev. 06/12)  Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
## *for the*
## District of Colorado

| | |
|---|---|
| Maxfield Alton Sussman, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | _____ |
| ) | |
| Deputy Joshua T. Miller, in his individual capacity; ) | |
| Sergeant Uriah Cain Speight, in his individual capacity; and ) | |
| Deputy Jeremy Miller, in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>    Sergeant Uriah Cain Speight
>    3116 W. Westcliff Drive
>    Colorado Springs, CO 80906

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>    Maxfield Alton Sussman, pro se
>    114 Sunset Trail
>    Cotopaxi, CO 81223
>    706-897-5899
>    maxs1983184@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
Sergeant Uriah Cain Speight
_____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*

_____
_____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____
_____ ,

a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*

_____ ,

who is designated by law to accept service of process on behalf of *(name of organization)*

_____
_____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because

_____ ; or

☐ Other *(specify):*

_____

_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____          _____
                                              *Server's signature*

                                   _____
                                              *Printed name and title*

                                   _____

                                   _____
                                              *Server's address*

*AO 440 (Rev. 06/12)  Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
## *for the*
## District of Colorado

| | |
|---|---|
| Maxfield Alton Sussman, <br><br> Plaintiff, <br><br> v. <br><br> Deputy Joshua T. Miller, in his individual capacity; Sergeant Uriah Cain Speight, in his individual capacity; and Deputy Jeremy Miller, in his individual capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Deputy Jeremy Miller
> 916 Oak Avenue
> Cañon City, CO 81212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Maxfield Alton Sussman, pro se
> 114 Sunset Trail
> Cotopaxi, CO 81223
> 706-897-5899
> maxs1983184@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

_____        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

*This summons for (name of individual and title, if any)*

    Deputy Jeremy Miller _____

was received by me on (date) _____ .

☐  I personally served the summons on the individual at (place)

_____

_____

    on (date) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (name)

_____

_____ ,

    a person of suitable age and discretion who resides there,

    on (date) _____ , and mailed a copy to the individual's last known

address; or

☐  I served the summons on (name of individual) _____

_____ ,

    who is designated by law to accept service of process on behalf of (name of organization)

_____

_____

    on (date) _____ ; or

☐  I returned the summons unexecuted because

_____ ; or

☐  Other (specify):

_____

_____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $

_____ .

I declare under penalty of perjury that this information is true.

Date: 

_____

                                                                        *Server's signature*

                                                                          *Printed name and title*

                                                                          *Server's address*