JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Maxfield Alton Sussman | Deputy Joshua T. Miller, in his individual capacity; Sergeant Uriah Cain Speight, in his individual capacity; and Deputy Jeremy Miller, in his individual capacity |

| (b) County of Residence of First Listed Plaintiff: Fremont County, Colorado<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant:<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>*NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.* |
|---|---|

| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>**Maxfield Alton Sussman, pro se**<br>114 Sunset Trail<br>Cotopaxi, CO 81223<br>706-897-5899<br>maxs1983184@gmail.com | Attorneys *(If Known)*<br>Unknown at time of filing. |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question<br>*(U.S. Government Not a Party)* |
|---|---|
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity<br>*(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only — Not applicable; left blank)*

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
*(All other nature-of-suit categories not checked.)*

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
*(All other origin codes not checked.)*

## VI. CAUSE OF ACTION

*Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)*
**42 U.S.C. § 1983**

*Brief description of cause:*
First, Fourth, and Fourteenth Amendment civil rights claims arising from a May 19, 2024 warrantless arrest in Fremont County, Colorado, including unreasonable seizure, judicial deception / malicious prosecution, failure to intervene, First Amendment retaliation, fabrication of evidence, and selective enforcement; with supplemental Colorado-law claims under C.R.S. § 13-21-131.

## VII. REQUESTED IN COMPLAINT

| ☐ CHECK IF THIS IS A CLASS ACTION<br>*UNDER RULE 23, F.R.Cv.P.* | DEMAND $ | JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|

## VIII. RELATED CASE(S) IF ANY *(See instructions)*

| JUDGE:<br>None | DOCKET NUMBER:<br>None pending in this Court. |
|---|---|

| DATE<br><br>May 12, 2026 | SIGNATURE OF ATTORNEY OF RECORD<br>*Maxfield Alton Sussman*<br>Maxfield Alton Sussman, pro se |
|---|---|

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE |
|---|---|---|---|
| | | | |

*JS-44 Civil Cover Sheet — Sussman v. Miller et al.*