

# U.S. District Court

## District of Colorado

Receipt Date: May 13, 2026 3:13PM

Maxfield A. Sussman

| Rcpt. No: 118032 | Trans. Date: May 13, 2026 3:13PM | Cashier ID: #DH (7236) |
|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #4098405810 | 05/13/2026 | | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: Filing fee for 26-CV-2065-RTG

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.