**FedEx** ® **Express**

Do not ship liquids, blood, or clinical specimens in this packaging.

Reuse this envelope if it is in good condition.

Extremely Urgent



Scanned by US Marshal

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 158011 REV 3/18

See how FedEx connects the world in responsible and resourceful ways at **environment.fedex.com**. Join our efforts by recycling this FedEx envelope.

Pull to open.

ADHESIVE REMOVE LINER  TO EXPOSE ADHESIVE REMOVE LINER  TO EXPOSE ADHESIVE REMOVE LINER  TO EXPOSE ADHESIVE REMOVE LINER  TO EXPOSE ADHESIVE REMOVE LINER  TO EXPOSE ADHESIVE REMOVE LINER  TO EXPOSE ADHESIVE REMOVE LINER

ORIGIN ID:PUBA  (719) 547-3493
MAXFIELD SUSSMAN
C/O POSTNET CO120
1021 N MARKET PLZ STE 107

PUEBLO, CO 81007
UNITED STATES US

TO CLERK OF THE COURT
US DISTRICT COURT FOR THE DISTRICT
901 19TH ST
SUITE A-105
DENVER CO 80294
(303) 844-3433

SHIP DATE: 12MAY26
ACTWGT: 0.6 LB
CAD: 28772641/FRP122008
DIMS: 9x12x1 IN

BILL SENDER

REF:
DEPT:
INV:
PO:



TRK# 8717 1457 8880
0201

72 FOLA

WED - 13 MAY 10:30A
PRIORITY OVERNIGHT
80294
DSR
CO-US DEN

4903 WED 05/13 07:22
901 19TH ST
**PRIORITY OVERNIGHT**
**337-3002**
ETP-1
SPPD100Y
80294 2501-91
DENVER,CO