IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02065-RTG

MAXFIELD ALTON SUSSMAN,

　　　Plaintiff,

v.

JOSHUA T. MILLER, Deputy, in his Individual Capacity,
URIAH CAIN SPEIGHT, Sergeant, in his Individual Capacity, and
JEREMY MILLER, Deputy, in his Individual Capacity,

　　　Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be DRAWN to a presiding judge and, if applicable, to a magistrate judge.

DATED May 15, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge