IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 26–cv–02065–MDB

MAXFIELD ALTON SUSSMAN,

      Plaintiff,

v.

JOSHUA T. MILLER, in his individual capacity;
URIAH CAIN SPEIGHT, in his individual capacity; and
JEREMY MILLER, in his individual capacity,

      Defendants.s

---

**ORDER**

---

This matter is before the Court on the following motions from Plaintiff:

1. Renewed Motion for Leave to Restrict, Doc. No. 11 ("Residential Address Motion");
2. First Motion for Leave to Restrict, Doc. No. 13 ("Medical Records Motion"); and
3. Emergency Motion to Expedite Ruling on Renewed Motion to Restrict and for Provisional Restriction of Plaintiff's Residential Address Pending Ruling, Doc. No. 14 ("Emergency Motion").

Based on the motions and the factors governing motions to restrict set forth at

D.C.COLO.LCivR 7.2(c), the Court issues the following orders:

1. The Residential Address Motion is **GRANTED**. The injury Plaintiff could face upon publicizing his residential address, though remote, is clearly defined and outweighs the presumption of public access. The Clerk of Court is directed to place Level 1 restriction over Plaintiff's residential address in the caption of this case and over the complaint, summonses, and civil cover sheet, Doc. Nos. 1, 1-3, 10-3, 10-4, and 10-5. Plaintiff is

1

directed to file public-facing versions of the foregoing documents with his residential address redacted by **June 18, 2026**.

2. The Medical Records Motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's seeks Level 3 restriction of Doc. No. 16 to prevent "pre-service public docket exposure" of his medical and SSDI information. (Doc. No. 13.) Although the Court sees good cause to restrict this information, Level 1 restriction adequately protects Plaintiff's privacy. Plaintiff does not articulate any injury associated with Defendants or their counsel gaining access to this information. Plaintiff's request for Level 3 restriction is therefore denied, and the Clerk of Court is directed to place Level 1 restriction over Doc. No. 16.

3. In light of the foregoing rulings, the Emergency Motion is **DENIED** as moot.

Dated this 2nd of June, 2026.

BY THE COURT:

_____

Maritza Dominguez Braswell
United States Magistrate Judge

2