**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02065-MDB

MAXFIELD ALTON SUSSMAN,

     Plaintiff,

v.

DEPUTY JOSHUA T. MILLER, in his individual capacity;
SERGEANT URIAH CAIN SPEIGHT, in his individual capacity; and
DEPUTY JEREMY MILLER, in his individual capacity,

     Defendants.

---

## UNOPPOSED MOTION TO EXTEND AND UNIFY RESPONSIVE PLEADING DEADLINE

---

Defendants, **JOSHUA MILLER**, **URIAH SPEIGHT**, and **JEREMY MILLER**, through counsel, **SGR, LLC**, and pursuant to D.C.COLO.LCivR 6.1, hereby submit this Unopposed Motion to Extend and Unify Responsive Pleading Deadline, and state as follows:

### CERTIFICATE OF CONFERRAL

The parties have conferred pursuant to D.C.COLO.LCivR 7.1(a), and Plaintiff is unopposed.

### REQUESTED RELIEF

1.    Defendants' respective deadlines to respond to the Complaint are staggered between July 24 and September 21, 2026.

2.      Undersigned counsel was only recently retained in this matter and requires additional time to review the lengthy allegations and confer with his clients on a responsive pleading strategy.

3.      As such, and to promote efficiency and avoid staggered deadlines, Defendants respectfully request that the Court issue an Order unifying and extending the responsive pleading deadline for all Defendants to September 11, 2026.

4.      This is Defendants' first request to extend this deadline, and a copy of this motion has been served on all parties.

5.      Pursuant to the foregoing representations, this motion complies with the requirements of D.C.COLO.LCivR 6.1(b) and (c).

**WHEREFORE**, for the reasons stated herein, Defendants respectfully request that the Court issue an Order unifying and extending their responsive pleading deadline to September 11, 2026.

SGR, LLC

*s/ Jonathan N. Eddy*
Jonathan N. Eddy
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
(303) 320-0509
jeddy@sgrllc.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of July, 2026, I electronically filed a true and correct copy of the above and foregoing **UNOPPOSED MOTION TO EXTEND AND UNIFY RESPONSIVE PLEADING DEADLINE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses. A copy was emailed to the following *pro se* party:

Maxfield Alton Sussman
Email: maxs1983184@gmail.com
*Plaintiff Pro Se*

*/s/ Mariel Juniper*
Legal Secretary
